■ COLLEEN MAY, Respondent, v DEBORAH KOSCINCH et al., Appellants.—Motion to dismiss appeal denied. Memorandum: Respondent has failed to show the date of service upon appellant of a copy of the order appealed from and notice of entry *(see,* CPLR 5513 [a]). Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.